IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICKY C. MILES ET AL. PLAINTIFFS

v. CIVIL ACTION NO. 1:26-CV-164-GHD-DAS

TONY L. MILES DEFENDANT

ORDER STAYING CASE

The defendant Tony L. Miles filed a dispositive motion asserting a lack of subject matter jurisdiction. Doc. 17. Under Local Uniform Civil Rule 16(b)(3)(B), filing "a motion asserting […] a jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Consequently, all discovery is stayed pending briefing and ruling on the defendant's motion. Counsel are directed to notify the undersigned within seven days of a ruling on the motion.

SO ORDERED, this the 24th day of November, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE